# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

NO. 01-15-00207CV | Appeal No
NO. 01-15-00208CV | 01-15-00701CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 10 2015

CHRISTOPHER A PRINE
CLERK

RITA LEMONS
APPELLEE
VS.
JOE P LEE
APPELLANT

## MOTION Requesting an Extension for Hearing date scheduled on Submission November 70, 2015 to November 17, 2015

Comes Now Appellee, Rita Lemons respectfully requesting the 01-1500 207 Appeal hearing to be Considered on November 17, 2015.

I am not making this request to delay, harass oR inconvient/Burden the Court I am making this request for the sake Of Justice I am as of October 03, 2015 financially able to mail all of the pleadings to Mr. Joe Payton Lee. The last Item I beleive I forwarded regarding the 1st Court of Appeals was the Answers to his Appeal Briefs 01-1500 207 and 01-1500 208 (CV).

Appellant on October 23, 2015 forwarded to Joe Payton Lee the following Pleadings
1. Amended Brief 01-1500 207 CV.
2. "Amended Brief" 01-1500 208 CV.
3. Amended Brief 01-1500701 CV.
4. Docket Statement 01-1500701 CV.
5. Summary Judgement 01-1500 207 CV.
6. "Summary Judgment 01-1500 208 CV.

7. MOTION TO DESIgnate and Reporter's
Record Request and Transcript

Joyce Hickman Lee
Summary Judgment 01-1500207 CV
Summary Judgment 01-1500 208 cv
(All other filed Instruments were sent via
fascimile and email). Appeal Brief 01-1500701 cv.

Precinct 7 Constable
   Summary Judgment 01-1500 207 CV.
                        01-1500 208 cv.
   Appeal Brief         01-1500701 CV.
(all other filed Instruments have been sent, via, fascimile)

Brian Quinterro
   Summary Judgment  01-1500207 CV.
   Summary Judgment  01-1500208 CV.
   Appeal Brief      01-1500 701 CV.
(All other filed Instruments have been sent, via, fascimile)

Andrew Payne
   All instruments filed was sent
   to Attorney Andrew Payne delivery. Appellee
   attempted to send the instruments previously
   sent to all of the Defendants (713) 972-1057.
   No Response I made several Attempts.

## CERTIFICATE OF SERVICE

I swear under Penalty as of October 23, 2015 all of the Defendants have been served every Motion & Pleadings filed with the First Court of Appeals via fascimile, email and Postal Delivery Certified Receipt.

Rita Benford

16215 Diamond Ridge Dr.

Houston, Tx. 77053

jireh_Consult@Yahoo.Com

(281) 707-2732